# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2015

## NO. 03-14-00645-CV

**Miriam L. Stansberry, Appellant**

**v.**

**Texas School for the Blind and Visually Impaired, Appellee**

## APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on September 4, 2014. Having reviewed the record, the Court holds that Miriam L. Stansberry has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Miriam L. Stansberry shall pay all costs relating to this appeal, both in this Court and the court below.